UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. HORTON,

        Plaintiff,

     v.

MICHAEL J. ASTRUE,

        Defendant.

Case No. C04-5676FDB

ORDER REMANDING TO THE
SOCIAL SECURITY
ADMINISTRATION FOR AN
AWARD OF BENEFITS

The Ninth Circuit Court of Appeals found that the Administrative Law Judge erred to two respects, and finding that the record was fully developed has remanded the matter for an award of benefits.

ACCORDINGLY, IT IS ORDERED: this cause of action is remanded to the Social Security Administration for an award of benefits.

DATED this 1st day of February, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1