# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID L. HORTON

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C04-5676FDB

☐      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $12,478.92 and expenses of $159.19 pursuant to 28 U.S.C. §2412 and costs of $864.80 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. § 1304; and

That Plaintiff's attorney Jeanette Laffoon is hereby awarded EAJA fees of $5,459.45.

March 17, 2008                                        BRUCE RIFKIN
                                                                         Clerk

                                                                         s/ D. Forbes
                                                             By, Deputy Clerk